**No. 49867.**—Protests 100689–K, etc., of Amdelta Leather Co., Inc., et al. (New York).

Opinion by WALKER, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.